# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

<u>BY ECF AND EMAIL</u>
Hon. Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

July 10, 2019

Re:  <u>United States v. Wafa Abboud</u>
     16 Cr. 396 (ERK)

Dear Judge Korman:

    Yesterday, I was appointed to represent Wafa Abboud in the above-captioned case. Given that a verdict in this case was returned yesterday, I write to move for a judgment of acquittal pursuant to Fed. R. Crim. Pr. Rule 29(c) and for a new trial pursuant to Fed. R. Crim. Pr. Rule 33. I will consult with the government and be back to the Court with a proposed briefing schedule.

    Thank you for your kind consideration of this letter.

Respectfully,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Wafa Abboud

Cc:  AUSA Robert Polemeni

      Wafa Abboud